UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA *ex rel.* EDGARDO RIOS, STATE OF NEW YORK *ex rel.* EDGARDO RIOS, and EDGARDO RIOS, individually,

        Plaintiffs,

  -v-                            No. 17-CV-6128 LTS SN

MEDALLIANCE MEDICAL HEALTH SERVICES, INC.; ENTERPRISE RADIOLOGY, P.C., d/b/a WASHINGTON HEIGHTS IMAGING; LINCOLN DIAGNOSTICS, LLC; SHAHIN DANESHVAR; SHAHRIAR DANESHVAR; DANIEL E. BEYDA, M.D.; and IGOR SHTEIMAN,

        Defendants.

-------------------------------------------------------x

## ORDER UNSEALING AND DISMISSING CASE

On May 25, 2021, the Court issued an Order directing that, absent further application of the parties and order of the Court, the Court would direct the Clerk of Court to unseal and publicly docket this action and the filings enumerated below on June 14, 2021. No party has filed any such further application.

The Clerk of Court is therefore directed to unseal and publicly docket the following documents: (1) the docket sheet of this action, (2) Plaintiff-Relator's Complaint, (3) the Notices of Decision to Decline Intervention filed by Plaintiffs the United States of America and the State of New York (the "Government Plaintiffs"), each dated May 12, 2021, (4) Magistrate Judge Netburn's Sealed Order dated May 13, 2021, (5) Plaintiff-Relator's Notice of

Dismissal dated May 17, 2021, (6) the Government Plaintiffs' respective letters dated May 21, 2021, (7) the Court's Sealed Order dated May 25, 2021, and (8) this Order.

No later than **June 30, 2021**, Plaintiff-Relator and the Government Plaintiffs shall advise the Court, by letter, whether any party objects to the public docketing of the remaining sealed filings in this action.

As provided in the Court's Order dated May 25, 2021, this action is dismissed with prejudice as to Plaintiff-Relator Edgardo Rios and without prejudice as to Plaintiffs the United States of America and the State of New York.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: New York, New York
June 14, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge