

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 21, 2021

**By E-mail**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:   *United States of America, et al. ex rel, Rios, et al., Medalliance Medical Health Servs., Inc. et al.* No 17 Civ. 06128 (LTS) (SN) (**Under Seal**)

Dear Judge Swain:

      This Office represents the United States of America (the "Government") in the above-referenced *qui tam* action filed under seal pursuant to the False Claims Act, as amended 31 U.S.C. § 3729 *et seq.* I write respectfully to advise the Court that the Government consents to the relator's dismissal of the complaint in the above-referenced action, with prejudice as to the relator and without prejudice as to the Government and the State of New York.

      As the Court is aware, on May 12, 2021, the Government submitted to the Court a Notice of Decision to Decline Intervention ("Notice"). Along with its Notice, the Government also provided the Court with a proposed order unsealing the case thirty days after entry of the Order. The proposed Order further provided that, insofar as the relator voluntarily dismissed the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within the thirty-day period, the relator could seek to modify the order with the consent of the Government and the State of New York.

      On May 17, 2021, the relator filed a notice of dismissal pursuant to Rule 41(a)(1) dismissing all claims against Defendants, with prejudice as to himself, and without prejudice as to the Government and the Statue of New York. The Government now submits this letter to advise the Court that it consents to the dismissal.

      The Government further respectfully requests that, upon the unsealing of the case, the Court direct the Clerk of the Court to docket this letter on the electronic docket.

I thank the Court for its consideration of this matter.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney

By:     /s/ *Jessica Jean Hu*
                JESSICA JEAN HU
                Assistant United States Attorney
                86 Chambers Street, 3rd Floor
                New York, NY 10007
                Tel:   (212) 637-2726
                Fax:  (212) 637-2717
                Email: jessica.hu@usdoj.gov