**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **THE STATE OF NEW YORK** *ex rel.* Edgardo Rios, and **EDGARDO RIOS**, individually,<br><br>Plaintiffs,<br><br>v.<br><br>**MEDALLIANCE MEDICAL HEALTH SERVICES, INC.** *et al.*,<br><br>Defendants. | **DOCKET NO: 17-cv-06128 (LTS) (SN)**<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

## NOTICE OF DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Relator Edgardo Rios, by and through his undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that he voluntarily dismisses, ***with prejudice*** as to himself, all claims in this matter against all Defendants, and further gives notice that the United States and the State of New York consent to the dismissal, ***without prejudice*** as to them, of all claims against all Defendants.

Date:   May 17, 2021                                    Respectfully submitted,

                                                                                          **BROWN, LLC**

                                                                                          */s/ Patrick S. Almonrode*
                                                                                          Patrick S. Almonrode
                                                                                          Jason T. Brown
                                                                                          111 Town Square Place, Suite 400
                                                                                          Jersey City, NJ 07310
                                                                                          (877) 561-0000 (office)
                                                                                          (855) 582-5297 (fax)
                                                                                          *patalmonrode@jtblawgroup.com*
                                                                                          *jtb@jtblawgroup.com*
                                                                                          *Attorneys for Relator*