UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA *ex rel.*
EDGARDO RIOS, STATE OF NEW YORK *ex rel.* EDGARDO RIOS, and EDGARDO RIOS, individually,

        Plaintiffs,

-v-                                      No. 17-CV-6128 LTS SN

MEDALLIANCE MEDICAL HEALTH SERVICES, INC.; ENTERPRISE RADIOLOGY, P.C., d/b/a WASHINGTON HEIGHTS IMAGING; LINCOLN DIAGNOSTICS, LLC; SHAHIN DANESHVAR; SHAHRIAR DANESHVAR; DANIEL E. BEYDA, M.D.; and IGOR SHTEIMAN,

        Defendants.

-------------------------------------------------------x

## SEALED ORDER OF DISMISSAL

The Court has received and reviewed Plaintiff-Relator Edgardo Rios's Notice of Dismissal dated and filed under seal on May 17, 2021, seeking dismissal of this action with prejudice as to Mr. Rios and without prejudice as to Plaintiffs the United States of America and the State of New York (the "Government Plaintiffs"), as well as letters from each of the Government Plaintiffs, each dated May 21, 2021, and each providing written consent to the noticed dismissal of this action. The Court will file each of the Government Plaintiff's letters dated May 21, 2021, under seal.

With the Government Plaintiffs' consent, this action is dismissed with prejudice as to Plaintiff-Relator Edgardo Rios and without prejudice as to Plaintiffs the United States of America and the State of New York.

Pursuant to Judge Netburn's Order dated May 13, 2021, absent further application of the parties and order of the Court, on **June 14, 2021**, the Court will direct the Clerk of Court to unseal and publicly docket the following documents: (1) the docket sheet of this action, (2) Plaintiff-Relator's Complaint, (3) the Government Plaintiffs' respective Notices of Decision to Decline Intervention, each dated May 12, 2021, (4) Plaintiff-Relator's May 17, 2021, Notice of Dismissal, (5) the Government Plaintiffs' respective letters dated May 21, 2021, and (6) this Order.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: New York, New York
May 25, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge